UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
                                                                     :
Brian K. Reinbold,                                                   :
                                                                     :
                       Plaintiff,                                  :     Civil Action No. 2006-08-241
                                                                     :
      - against -                                                   :
                                                                     :
NALC Local 191,                                                      :
                                                                     :
                       Defendant.                                  :
                                                                     :
-------------------------------------------------------------------- x

## NOTICE OF REMOVAL

       Defendant National Association of Letter Carriers ("NALC") Branch 191, pursuant to 29 U.S.C. § 1441, hereby removes the above-captioned proceeding to this Court from the Court of Common Pleas for the State of Delaware, Castle County.  The basis for removal is as follows:

       1.      On August 15, 2006, plaintiff Brian K. Reinbold filed a complaint in the Court of Common Pleas for the State of Delaware,  Castle County, Civil Action No. 2006-08-241.  A copy of the complaint is annexed hereto as Exhibit 1.

       2.      On August 29, 2006, defendant NALC Branch 191 was served with a copy of the summons and complaint.

       3.      This Court is the United States district court within whose district the case is pending.

       4.      This Court has original jurisdiction over the case because it arises under laws of the United States.

5. Defendant is NALC Branch 191, a local labor organizations affiliated with the National Association of Letter Carriers. Pursuant to federal law, NALC serves as the collective bargaining representative of city letter carriers employed by the United States Postal Service. See 39 U.S.C. §§1203(a), 1209(a).

6. In his complaint, plaintiff alleges that defendant Branch 191 failed to properly represent him. *See* Complaint ¶3. Plaintiff's claim thus constitutes a claim for the breach of the duty of fair representation, a federal-law duty that requires unions to represent employees fairly and without discrimination. *See Breininger v. Sheet Metal Workers Int'l Ass'n, Local 6*, 493 U.S. 67, 73 (1989); *Riley v. Letter Carriers Local 380*, 485 F. Supp. 980, 982 (D.N.J. 1980), *aff'd*, 668 F.2d 224 (3d Cir. 1981). Because federal law governs the duty of fair representation, *see Breininger*, 493 U.S. at 83; *Felice v. Sever*, 985 F.2d 1221, 1226 (3d Cir. 1993), a state court case claiming breach of the duty is subject to removal, *see, e.g., Riley*, 485 F. Supp. at 981 (removal of fair representation suit against letter carrier unions from state to federal court).

7. In April 2004, plaintiff filed a nearly identical complaint against defendant Branch 191 in the Court of Common Pleas for the State of Delaware, Castle County. Branch 191 removed the action to this Court, Case No. 04-342 (GMS), where it was administered by Judge Gregory M. Steet.

8. A copy of this notice will be filed with the clerk of the Court of Common Pleas for the State of Delaware, Castle County.

- 3 -

Dated: Wilmington, Delaware
      September ___, 2006

                Respectfully submitted,

                /s/ Susan E. Kaufman, Esq.
                Peter D. DeChiara (PD 0719)
                Oriana Vigliotti (OV 6784)
                COHEN, WEISS AND SIMON LLP
                330 West 42nd Street, 25th Floor
                New York, New York 10036
                (212) 563-4100

                Susan E. Kaufman, Esq.
                HEIMAN, GOUGE & KAUFMAN LLP
                800 King Street, Suite 303
                Wilmington, DE 19899
                (302) 658-1800

                Attorneys for Defendants

# EXHIBIT 1

8/29/6
11:10am

## IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

BRIAN K REINBOLD

Plaintiff

2006 - 08 - 241

v.

Civil Action No.
~~JURY TRIAL~~

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
&
NALC LOCAL 191

Defendants

TO THE SHERIFF OF NEW CASTLE COUNTY,
YOU ARE COMMANDED:

To Summon the above named defendant(s) and serve upon said defendant(s) a copy of this summons and complaint.

TO THE ABOVE NAMED DEFENDANT(S):
Within twenty (20) days after you receive this summons excluding the day you receive it, you must file an Answer to the attached Complaint if you want to deny the allegations. The original of your Answer must be filed with the CLERK'S OFFICE of the COURT of COMMON PLEAS, NEW CASTLE COUNTY, DELAWARE and must include proof that a copy of the Answer was served on the plaintiff or his/her attorney who is named on this Summons.

Failure to file an answer denying the allegations will result in a judgement against you, and action may be taken by the plaintiff or his/her attorney to satisfy the judgment.

DATED: 8-15-06                    _____
                                          (Clerk)

BRIAN K REINBOLD
3909 DELAWARE STREET
MARSHALLTON, DE 19808
(302) 753-4827

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

BRIAN K. REINBOLD

Plaintiff

v.

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
&
NALC LOCAL 191

Defendants

2006 - 08 - 241

Civil Action No.
~~JURY TRIAL~~

## COMPLAINT

1. Plaintiff is a citizen of the State of Delaware

2. Defendants are citizens of the State of Delaware residing at (please see attached)

3. On or about January 1, 2003 trough January 31, 2005 the defendants wrongfully terminated employment, acted in bad faith, harassed, representative in bad faith against plaintiff

4. Plaintiff, therefore asks the Court to award the Plaintiff all back pay, reinstate full seniority, medical benefits, promotion status, sick leave, vacation time and employment benefits.

BRIAN K REINBOLD
3909 DELAWARE STREET
MARSHALLTON, DE 19808-5709
(302)753-4827

## ADDRESS FOR DEFENDANTS

## UNITED STATES POST OFFICE

POST OFFICE Eileen Muzzi
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o DOUG SHIFLET (POSTMASTER) OR
~~GREG VANDERVERE (USPS REP)~~
3911 CONCORD PIKE
TALLEYVILLE, DE 19803

IKE MORRIS (USPS REP)
147 QUIGLEY BOULVARD
NEW CASTLE, DE 19720

## NALC LOCAL 191

c/o JEFF CUSHNER (SHOP STEWARD)
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o BOB WILKERSON (LOCAL PRESIDENT)
3204 CONCORD PIKE
TALLEYVILLE, DE 19803

LOCAL 191 (OFFICE)
8 SOUTH DUPONT ROAD
WILMINGTON, DE 19805

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Brian K. Reinbold

### DEFENDANTS
NALC Local 191

(b) County of Residence of First Listed Plaintiff  New Castle County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se
3909 Delaware Street
Marshallton, DE 19808

Attorneys (If Known) Susan E. Kaufman, Esq. (DSB #3381)
Heiman, Gouge & Kaufman LLP
800 King Street, Suite 303
Wilmington, DE 19899

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Postal Service Reorganization Act - 39 USC s.1208(b)

Brief description of cause:
Plaintiff alleges breach of contract & breach of fair representation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Gregory M. Sleet
DOCKET NUMBER 05-047 GMS / 04-342 GMS

DATE 9/13/06
SIGNATURE OF ATTORNEY OF RECORD  Susan E. Kaufman

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-571

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

____9/13/06____            ____Paul J. Freeman / PARCELS____
(Date forms issued)         (Signature of Party or their Representative)

                            ____PAUL J FREEMAN____
                            (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action