```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF DELAWARE
---------------------------------------------------------------X
                                        :
BRIAN K. REINBOLD,                      :
                                        :
                    Plaintiff,          :
                                        :   Civil No. 06-571 (GMS)
        - against -                     :
                                        :
                                        :
UNITED STATES POST OFFICE and           :
NALC LOCAL 191,                         :
                                        :
                    Defendant.          :
                                        :
---------------------------------------------------------------X
```

## ANSWER OF DEFENDANT NATIONAL ASSOCIATION OF LETTER CARRIERS BRANCH 191

Defendant National Association of Letter Carriers, Branch 191 ("Branch 191") responds to the complaint as follows:

1. Denies knowledge or information sufficient to admit or deny the allegations in paragraph 1.

2. Admits that Branch 191 is a citizen of Delaware. Avers that Branch 191 maintains an address of 8 South Dupont Road, Wilmington, Delaware, 19804. Otherwise denies knowledge or information sufficient to admit or deny the allegations in paragraph 2.

3. Denies the allegations in paragraph 3.

4. Paragraph 4 constitutes a request for relief, to which no response is required. To the extent a response is required, avers that plaintiff is not entitled to any relief.

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

- 2 -

## SECOND AFFIRMATIVE DEFENSE

The complaint is barred, in whole or in part, by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

The complaint is barred, in whole or in part, by the doctrines of *res judicata*, collateral estoppel, and any other doctrine of claim or issue preclusion.


Dated: New York, New York
         September 22, 2006

>                                     Respectfully submitted,
>
>                                     Peter D. DeChiara
>                                     Oriana Vigliotti
>                                     COHEN, WEISS AND SIMON LLP
>                                     330 West 42nd Street, 25th Floor
>                                     New York, New York 10036
>                                     (212) 563-4100
>
>                                     /s/ Susan E. Kaufman
>                                     Susan E. Kaufman (DSB #3381)
>                                     HEIMAN, GOUGE & KAUFMAN LLP
>                                     800 King Street, Suite 303
>                                     Wilmington, DE 19899
>                                     (302) 658-1800
>                                     skaufman@hgkde.com
>
>                                     Attorneys for NALC Branch 191

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------ x
                                                                   :
Brian K. Reinbold,                                                 :
                                                                   :
                        Plaintiff,                                  :
                                                                                              Civil Action No. 06-571 (GMS)
        - against -                                              :
                                                                   :
UNITED STATES POST OFFICE and                                      :
NALC Local 191,                                                    :
                                                                   :
                        Defendant.                                  :

------------------------------------------------------------------ x

## **CERTIFICATE OF SERVICE**

        I hereby certify that on September 22, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Patricia Hannigan, Assistant United States Attorney, 700 Orange Street, Suite 700, Wilmington, Delaware 19899, Counsel for Defendant United States Postal Service.

        I hereby certify that on September 22, 2006, two copies of the foregoing were mailed by first-class mail to the following non-participant in Electronic Case Filing: Plaintiff Brian K. Reinbold, 3909 Delaware Street, Apt. #B, Wilmington, Delaware 19808.

<u>/s/ Susan E. Kaufman, Esq.</u>
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800