United States District Court
District of Delaware

Brian K Reinbold
         Plaintiff

against                                              06-571   GMS

U.S.P.S. and
NALC Local 191

## Motion

I herby request that the US District Court District of Delaware appoint an attorney for myself for the above case that was transferred to this court, I have been unable to receive legal assistance due to the case and the defendants be US government and I am unable to afford one for a case handled in the District Court and as my Union can not defend me as they are a party in this matter and I'm not able to understand the legal terms and procedures of this Court.

Brian K Reinbold
3909 Delaware St
Wilmington, DE 19808

United States
District of Delaware

Brian K Rembold
   Plaintiff

against                                               06-571    GMS

U.S. P.S. and
NaLC Local 191

<u>Notice of Service</u>

I hereby certify that a copy of the attached Documents were sent to defendant below on Oct 10, 2006 VIA Regular mail.

Brian K Rembold
3909 Delaware St
Wilm, DE 19808-5709

US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0001

USPS Lancaster Ave
1500 Lancaster Ave
Wilm, DE 19805

US Attorney for District of Del
700 Orange St Suite 700
Wilmington DE 19899

Susan Kaufman
800 King Street
Suite 303
Wilm, DE 19899-1674