United States District Court

District of Delaware

Brian K Reinbold
                Plaintiff

        against                                    06-571    GMS

U.S. P.S. and
  NaLC Local 191

Notice of Service

I hereby certify that a copy of the attached
Documents were sent to defendant below
on Oct 3, 2006 via Regular mail.

                                        Brian K Reinbold
                                          3909 Delaware St
                                          Wilm, DE 19808-5709

U.S. Attorney General
    950 Pennsylvania Ave NW
    Washington, DC 20530-0001

USPS Lancaster Ave                      Susan Kaufman
    1500 Lancaster Ave                    800 King Street
    Wilm, DE 19805                          Suite 303
                                          Wilm, DE 19899-1674
US Attorney for District of Del
    700 Orange St Suite 700

IN THE COURT OF COMMON PLEAS
FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

-------------------------------------------------------------------- x

Brian K. Reinbold,

                     Plaintiff,          Civil Action No. 2006-08-241

     - against -

NALC Local 191,

                Defendant.

-------------------------------------------------------------------- x

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE, that an September 13th, 2006, defendant National

Association of Letter Carriers, Branch 191 removed the above-captioned case, pursuant to 28

U.S.C. §144(b), to the United States District Court for the District of Delaware, by filing a

Notice of Removal, a copy of which is annexed hereto.

Dated: Wilmington, Delaware
      September 13th 2006

Respectfully submitted,

/s/ Susan E. Kaufman, Esq.
Peter D. DeChiara (PD 0719)
Oriana Vigliotti (OV 6784)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036
(212) 563-4100

Susan E. Kaufman, Esq.   (DSB # 3381)
HEIMAN, GOUGE & KAUFMAN LLP
800 King Street, Suite 303
Wilmington, DE 19899
(302) 658-1800

Attorneys for Defendant
NALC Branch 191

00095830.DOC.1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
------------------------------------------------------------------x

Brian K. Reinbold,

                    Plaintiff,           Civil Action No. 2006-08-241

      - against -

NALC Local 191,

                  Defendant.

------------------------------------------------------------------x

## NOTICE OF REMOVAL

            Defendant National Association of Letter Carriers ("NALC") Branch 191,

pursuant to 29 U.S.C. § 1441, hereby removes the above-captioned proceeding to this Court from

the Court of Common Pleas for the State of Delaware, Castle County. The basis for removal is

as follows:

            1.      On August 15, 2006, plaintiff Brian K. Reinbold filed a complaint in the

Court of Common Pleas for the State of Delaware, Castle County, Civil Action No. 2006-08-

241. A copy of the complaint is annexed hereto as Exhibit 1.

            2.      On August 29, 2006, defendant NALC Branch 191 was served with a copy

of the summons and complaint.

            3.      This Court is the United States district court within whose district the case

is pending.

            4.      This Court has original jurisdiction over the case because it arises under

laws of the United States.

5.      Defendant is NALC Branch 191, a local labor organizations affiliated with the National Association of Letter Carriers. Pursuant to federal law, NALC serves as the collective bargaining representative of city letter carriers employed by the United States Postal Service. See 39 U.S.C. §§1203(a), 1209(a).

6.      In his complaint, plaintiff alleges that defendant Branch 191 failed to properly represent him. *See* Complaint ¶3. Plaintiff's claim thus constitutes a claim for the breach of the duty of fair representation, a federal-law duty that requires unions to represent employees fairly and without discrimination. *See Breininger v. Sheet Metal Workers Int'l Ass'n, Local 6*, 493 U.S. 67, 73 (1989); *Riley v. Letter Carriers Local 380*, 485 F. Supp. 980, 982 (D.N.J. 1980), *aff'd*, 668 F.2d 224 (3d Cir. 1981). Because federal law governs the duty of fair representation, *see Breininger*, 493 U.S. at 83; *Felice v. Sever*, 985 F.2d 1221, 1226 (3d Cir. 1993), a state court case claiming breach of the duty is subject to removal, *see, e.g., Riley*, 485 F. Supp. at 981 (removal of fair representation suit against letter carrier unions from state to federal court).

7.      In April 2004, plaintiff filed a nearly identical complaint against defendant Branch 191 in the Court of Common Pleas for the State of Delaware, Castle County. Branch 191 removed the action to this Court, Case No. 04-342 (GMS), where it was administered by Judge Gregory M. Steet.

8.      A copy of this notice will be filed with the clerk of the Court of Common Pleas for the State of Delaware, Castle County.

- 2 -

Dated: Wilmington, Delaware
September 13, 2006

Respectfully submitted,

Susan E. Kaufman

/s/ Susan E. Kaufman, Esq.
Peter D. DeChiara (PD 0719)
Oriana Vigliotti (OV 6784)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036
(212) 563-4100

Susan E. Kaufman, Esq. (DSB 3381)
HEIMAN, GOUGE & KAUFMAN LLP
800 King Street, Suite 303
Wilmington, DE 19899
(302) 658-1800

Attorneys for Defendants

- 3 -

# EXHIBIT 1

8/29/6
11.10 am

# IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

BRIAN K REINBOLD

    Plaintiff

    v.

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
&
NALC LOCAL 191

    Defendants

2006 - 08 - 241

Civil Action No.
~~JURY TRIAL~~

### TO THE SHERIFF OF NEW CASTLE COUNTY,
YOU ARE COMMANDED:

    To Summon the above named defendant(s) and serve upon said defendant(s) a copy of this summons and complaint.

### TO THE ABOVE NAMED DEFENDANT(S):
    Within twenty (20) days after you receive this summons excluding the day you receive it, you must file an Answer to the attached Complaint if you want to deny the allegations. The original of your Answer must be filed with the CLERK'S OFFICE of the COURT of COMMON PLEAS, NEW CASTLE COUNTY , DELAWARE and must include proof that a copy of the Answer was served on the plaintiff or his/her attorney who is named on this Summons.

    Failure to file an answer denying the allegations will result in a judgement against you, and action may be taken by the plaintiff or his/her attorney to satisfy the judgment.

DATED: 8-15-06 _____ (Clerk)

BRIAN K REINBOLD
3909 DELAWARE STREET
MARSHALLTON DE 19808
(302) 753-4827

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

BRIAN K REINBOLD

    Plaintiff

    v.

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
&
NALC LOCAL 191

    Defendants

2006 **- 08 - 241**

Civil Action No.
~~JURY TRIAL~~

## COMPLAINT

1. Plaintiff is a citizen of the State of Delaware

2. Defendants are citizens of the State of Delaware residing at(please see attached)

3. On or about January 1, 2003 trough January 31, 2005 the defendants wrongfully terminated employment, acted in bad faith, harassed, representative in bad faith against plaintiff

4. Plaintiff, therefore asks the Court to award the Plaintiff all back pay, reinstate full seniority, medical benefits, promotion status, sick leave, vacation time and employment benefits.

BRIAN K REINBOLD
3909 DELAWARE STREET
MARSHALLTON, DE 19808-5709
(302)753-4827

## ADDRESS FOR DEFENDANTS

## UNITED STATES POST OFFICE

POST OFFICE *Elmer Muzzi*
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o DOUG SHIFTLET (POSTMASTER) OR
~~GREG VANDERVERS (USPS REP)~~
3911 CONCORD PIKE
TALLEYVILLE, DE 19803

IKE MORRIS (USPS REP)
147 QUIGLEY BOULVARD
NEW CASTLE, DE 19720

## NALC LOCAL 191

c/o JEFF CUSHNER (SHOP STEWARD)
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o BOB WILKERSON (LOCAL PRESIDENT)
3204 CONCORD PIKE
TALLEYVILLE, DE 19803

LOCAL 191 (OFFICE)
8 SOUTH DUPONT ROAD
WILMINGTON, DE 19805

## ADDRESS FOR DEFENDANTS

## UNITED STATES POST OFFICE

POST OFFICE *Elrron Muzzi*
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o DOUG SHIFTLET(POSTMASTER) OR
~~GREG VANDERVER(USPS REP)~~
3911 CONCORD PIKE
TALLEYVILLE, DE 19803

IKE MORRIS (USPS REP)
147 QUIGLEY BOULVARD
NEW CASTLE, DE 19720

## NALC LOCAL 191

c/o JEFF CUSHNER (SHOP STEWARD)
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o BOB WILKERSON(LOCAL PRESIDENT)
3204 CONCORD PIKE
TALLEYVILLE, DE 19803

LOCAL 191 (OFFICE)
8 SOUTH DUPONT ROAD
WILMINGTON, DE 19805

8/29/6
11.10am

## IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

BRIAN K REINBOLD

**2006 - 08 - 241**

 Plaintiff

  v.

   Civil Action No.
   ~~JURY TRIAL~~

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
  &
NALC LOCAL 191

 Defendants

   TO THE SHERIFF OF NEW CASTLE COUNTY,
YOU ARE COMMANDED:

  To Summon the above named defendant(s) and serve upon said
defendant(s) a copy of this summons and complaint.

TO THE ABOVE NAMED DEFENDANT(S):
  Within twenty (20) days after you receive this summons excluding the
day you receive it, you must file an Answer to the attached Complaint if you want
to deny the allegations. The original of your Answer must be filed with the
CLERK'S OFFICE of the COURT of COMMON PLEAS, NEW CASTLE
COUNTY, DELAWARE and must include proof that a copy of the
Answer was served on the plaintiff or his/her attorney who is named on this
Summons.

  Failure to file an answer denying the allegations will result in a judgement
against you, and action may be taken by the plaintiff or his/her attorney to satisfy
the judgment.

DATED: 8-15-06        _____
            Clerk

BRIAN K REINBOLD
3909 DELAWARE STREET
MARSHALLTON DE 19808
(302) 753-4827

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------------x
                                                    :
Brian K. Reinbold,                                  :
                                                    :
                        Plaintiff,                  :       Civil Action No. 2006-08-241
                                                    :
        - against -                                 :
                                                    :
NALC Local 191,                                     :
                                                    :
                        Defendant.                  :
                                                    :
----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006 I caused a true and correct copy of the

Notice of Removal to be served upon those listed below in the manner indicated:

### VIA PRE-PAID MAIL

Brian K. Reinbold
3909 Delaware Street
Marshallton, DE 19808

### VIA HAND DELIVERY

Patricia Hannigan
Assistant United States Attorney
700 Orange Street, Suite 700
Wilmington, Delaware 19899

on this 13TH day of September, 2006.

/s/ Susan E. Kaufman, Esq.    (DSB #3381)
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Brian K. Reinbold

### DEFENDANTS
NALC Local 191

**(b)** County of Residence of First Listed Plaintiff   New Castle County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se
3909 Delaware Street
Marshallton, DE 19808

Attorneys (If Known)  Susan E. Kaufman, Esq.  (DSB #3381)
Heiman, Gouge & Kaufman LLP
800 King Street, Suite 303
Wilmington, DE 19899

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Postal Service Reorganization Act - 39 USC s.1208(b)

Brief description of cause:
Plaintiff alleges breach of contract & breach of fair representation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  Gregory M. Sleet
DOCKET NUMBER  05-047 GMS
04-342 GMS

DATE  9/13/06

SIGNATURE OF ATTORNEY OF RECORD  Susan E. Kaufman

FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------------x

Brian K. Reinbold,                                    :
                                                      :
                          Plaintiff,                  :      Civil Action No. 2006-08-241
                                                      :
             - against -                              :
                                                      :
NALC Local 191,                                       :
                                                      :
                          Defendant.                  :
                                                      :
-------------------------------------------------------------------x

## NOTICE OF REMOVAL

Defendant National Association of Letter Carriers ("NALC") Branch 191,

pursuant to 29 U.S.C. § 1441, hereby removes the above-captioned proceeding to this Court from

the Court of Common Pleas for the State of Delaware, Castle County. The basis for removal is

as follows:

1.     On August 15, 2006, plaintiff Brian K. Reinbold filed a complaint in the

Court of Common Pleas for the State of Delaware, Castle County, Civil Action No. 2006-08-

241. A copy of the complaint is annexed hereto as Exhibit 1.

2.     On August 29, 2006, defendant NALC Branch 191 was served with a copy

of the summons and complaint.

3.     This Court is the United States district court within whose district the case

is pending.

4.     This Court has original jurisdiction over the case because it arises under

laws of the United States.

00095831.DOC.1

5.      Defendant is NALC Branch 191, a local labor organizations affiliated with the National Association of Letter Carriers. Pursuant to federal law, NALC serves as the collective bargaining representative of city letter carriers employed by the United States Postal Service. See 39 U.S.C. §§1203(a), 1209(a).

6.      In his complaint, plaintiff alleges that defendant Branch 191 failed to properly represent him. *See* Complaint ¶3. Plaintiff's claim thus constitutes a claim for the breach of the duty of fair representation, a federal-law duty that requires unions to represent employees fairly and without discrimination. *See Breininger v. Sheet Metal Workers Int'l Ass'n, Local 6*, 493 U.S. 67, 73 (1989); *Riley v. Letter Carriers Local 380*, 485 F. Supp. 980, 982 (D.N.J. 1980), *aff'd*, 668 F.2d 224 (3d Cir. 1981). Because federal law governs the duty of fair representation, *see Breininger*, 493 U.S. at 83; *Felice v. Sever*, 985 F.2d 1221, 1226 (3d Cir. 1993), a state court case claiming breach of the duty is subject to removal, *see, e.g., Riley*, 485 F. Supp. at 981 (removal of fair representation suit against letter carrier unions from state to federal court).

7.      In April 2004, plaintiff filed a nearly identical complaint against defendant Branch 191 in the Court of Common Pleas for the State of Delaware, Castle County. Branch 191 removed the action to this Court, Case No. 04-342 (GMS), where it was administered by Judge Gregory M. Steet.

8.      A copy of this notice will be filed with the clerk of the Court of Common Pleas for the State of Delaware, Castle County.

Dated: Wilmington, Delaware
September 15ᵗʰ, 2006

Respectfully submitted,

/s/ Susan E. Kaufman, Esq.
Peter D. DeChiara (PD 0719)
Oriana Vigliotti (OV 6784)
COHEN, WEISS AND SIMON LLP
330 West 42ⁿᵈ Street, 25ᵗʰ Floor
New York, New York 10036
(212) 563-4100

Susan E. Kaufman, Esq. (DSB # 3381)
HEIMAN, GOUGE & KAUFMAN LLP
800 King Street, Suite 303
Wilmington, DE 19899
(302) 658-1800

Attorneys for Defendants

- 3 -

# EXHIBIT 1

8/29/6
11.10 am

# IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

BRIAN K REINBOLD                                    **2006 - 08 - 241**

    Plaintiff

    v.                                         Civil Action No.
                                                   ~~JURY TRIAL~~

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
&
NALC LOCAL 191

    Defendants


       TO THE SHERIFF OF NEW CASTLE COUNTY,
YOU ARE COMMANDED:

    To Summon the above named defendant(s) and serve upon said
defendant(s) a copy of this summons and complaint.

TO THE ABOVE NAMED DEFENDANT(S):
    Within twenty (20) days after you receive this summons excluding the
day you receive it, you must file an Answer to the attached Complaint if you want
to deny the allegations. The original of your Answer must be filed with the
CLERK'S OFFICE of the COURT of COMMON PLEAS, NEW CASTLE
COUNTY , DELAWARE and must include proof that a copy of the
Answer was served on the plaintiff or his/her attorney who is named on this
Summons.

    Failure to file an answer denying the allegations will result in a judgement
against you, and action may be taken by the plaintiff or his/her attorney to satisfy
the judgment.

DATED: 8-15-06                          _____(Clerk)

BRIAN K REINBOLD
3909 DELAWARE STREET
MARSHALLTON, DE 19808
(302) 753-4827

# IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

BRIAN K REINBOLD

    Plaintiff

    v.

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
&
NALC LOCAL 191

    Defendants

**2006 - 08 - 241**

Civil Action No.
JURY TRIAL

## COMPLAINT

1. Plaintiff is a citizen of the State of Delaware

2. Defendants are citizens of the State of Delaware residing at(please see attached)

3. On or about January 1, 2003 trough January 31, 2005 the defendants wrongfully terminated
employment, acted in bad faith, harassed, representative in bad faith against plaintiff

4. Plaintiff, therefore asks the Court to award the Plaintiff all back pay, reinstate full seniority,
medical benefits, promotion status, sick leave, vacation time and employment benefits.

BRIAN K REINBOLD
3909 DELAWARE STREET
MARSHALLTON, DE 19808-5709
(302)753-4827

## ADDRESS FOR DEFENDANTS

### UNITED STATES POST OFFICE

POST OFFICE *Elwan Muzzi*
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o DOUG SHIFTLET(POSTMASTER) OR
~~GREG VANDERVERE (USPS REP)~~
3911 CONCORD PIKE
TALLEYVILLE, DE 19803

IKE MORRIS (USPS REP)
147 QUIGLEY BOULVARD
NEW CASTLE, DE 19720

### NALC LOCAL 191

c/o JEFF CUSHNER (SHOP STEWARD)
1500 LANCASTER AVENUE
WILMINGTON, DE 19805

c/o BOB WILKERSON(LOCAL PRESIDENT)
3204 CONCORD PIKE
TALLEYVILLE, DE 19803

LOCAL 191 (OFFICE)
8 SOUTH DUPONT ROAD
WILMINGTON, DE 19805

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------------x
                                         :

Brian K. Reinbold,                   :

                     Plaintiff,      :     Civil Action No. 2006-08-241

     - against -             :

NALC Local 191,               :

                   Defendant.   :
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        I hereby certify that on September 13, 2006 I caused a true and correct copy of the

Notice of Removal to be served upon those listed below in the manner indicated:

### VIA PRE-PAID MAIL

Brian K. Reinbold
3909 Delaware Street
Marshallton, DE 19808

### VIA HAND DELIVERY

Patricia Hannigan
Assistant United States Attorney
700 Orange Street, Suite 700
Wilmington, Delaware 19899

on this 13TH day of September, 2006.

                         /s/ Susan E. Kaufman, Esq.  (DSB #3381)
                         Heiman, Gouge & Kaufman, LLP
                         800 King Street, Suite 303
                         P.O. Box 1674
                         Wilmington, DE 19899-1674
                         (302) 658-1800