United States District Court
District of Delaware

Brian K Reinbold
    plaintiff

    against                                06-571    GMS

U.S. P.S. and
NaLC Local 191



Response of Brian K Reinbold to Defendant Answer Dated Sep 22/06 and Received Sep 27/06

1. Affirm paragraph 1 and defendants have knowledge to the contrary

2. Agree with statement in paragraph 2

3. Defendant has written statements to the contrary and has provided no proof that denies statement

4. No set amount could be calculated due to raises, vacation time, bonuses or due that would fluctuate over time.

Response to Defendants 1st Affirmative Defense

In paragraph 2 the claim of wrongful termination and bad faith were claimed against the defendants with defendants NALC Local 191 took money to represent me from wages and both defendants agreed on certain measures and rulings but did not abide by them.

Response to Defendants 2nd Affirmative Defense

Defendants site no Statue or Law to Govern this

Response to Defendant 3rd Affirmative Defense

In regards Res judicata this case is entirely different that the one withdrawn from court early In regards to Collateral estoppel again the case is entirely different than before where unfair representation was claimed meaning one was representive due the other be either race, sex, color, age etc. bad faith means they represented on a limit basis and not with all avenues or procedure fallen do to the unlike or dislike of a party

Sincerely
Brian K Reinbold

3909 Alliance Street
Wilmington, DE 19808

United States
District of Delaware

Brian K Reinbold
         plaintiff

         against                                    06-571  GMS

U.S. P.S. and
NALC Local 191

### Notice of Service

I hereby certify that a copy of the attached Documents were sent to defendant below on Oct 20, 2006 via Regular mail.

Brian K Reinbold
3909 Delaware St
Wilm, DE 19808-5709

US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0001

USPS Lancaster Ave
1500 Lancaster Ave
Wilm, DE 19805

US Attorney for District of Del
700 Orange St Suite 700
Wilmington, DE 19899

Susan Kaufman
800 King Street
Suite 303
Wilm, DE 19899-1674