IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN K. REINBOLD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-571-GMS |
| | : |
| UNITED STATES POSTAL SERVICE, | : |
| and NALC LOCAL 191, | : |
| | : |
| Defendants. | : |

### ANSWER AND AFFIRMATIVE DEFENSES

Defendant, United States Postal Service, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, hereby respond to the Plaintiff's Complaint as follows:

1. Admitted, upon information and belief.

2. Admitted that the United States Postal Service,("USPS.") maintains facilities in the State of Delaware.

3. Denied.

4. Paragraph 4 of the Complaint is a request for relief, to which no response is required. To the extent a response is required, denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to effect proper service on the USPS.

2. Plaintiff's claims of bad faith failure to represent by his labor union, and wrongful discharge by the USPS, are barred by the doctrine of res judicata, as they are identical to the claims raised in an earlier suit, in which summary judgment was granted in favor of the United States and the union.

WHEREFORE, the Postal Service hereby respectfully requests that Plaintiff's Complaint against the Postal Service be dismissed in its entirety, with prejudice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: October 25, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that on **October 25, 2006**, I electronically filed an **ANSWER AND AFFIRMATIVE DEFENSES** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Susan E. Kaufman, Esquire**
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
skaufman@hgkde.com

Notification of such filing will be sent via Federal Express to Plaintiff at the following address:

**Brian K. Reinbold**
3909 Delaware Street
Marshallton, DE 19808
(302) 753-4827
*Pro Se*

                                                COLM F. CONNOLLY
                                                United States Attorney

                                      By: /s/Patricia C. Hannigan
                                                Patricia C. Hannigan
                                                Assistant United States Attorney
                                                Delaware Bar I.D. No. 2145
                                                The Nemours Building
                                                1007 Orange Street, Suite 700
                                                P. O. Box 2046
                                                Wilmington, DE 19899-2046
                                                (302) 573-6277
                                                Patricia.Hannigan@usdoj.gov