United States District Court
District of Delaware

Brian K Reinbold
        Plaintiff

against

U.S. P.S. and
NALC Local 191

06-571   GMS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT 30 PH 12:15

Response of Plaintiff Brian K Reinbold to Defendant USPS Answer and Affirmative Defense Dated Oct 25, 2006 Recieved on Oct 26, 2006

## Response to Answers

1. Both parties Agree

2. Both parties Agree

3. Defendants have written statements admitting to fact and provide no proof to deny Statement.

4. No specific amount can be listed due to Raises, earned vaction, Seniority position, sick leave, bonuses etc.

Response to Defendants Affirmative Defense

1. Defendant was were served by Sheriff of New Castle County with complaint on Aug 29, 2006 as well as the Defendant NALC Local 191 on Sep 13, 2006 and myself by regular mail on Oct 3, 2006.

2. Defendants argue that a previous case with stated unfair Representation was filed which deals with color, Race, sex Age on other matters as treating one different then the other which was withdrawn by plaintiff. This case has to do with wrongful termination which either party had no grounds and bad faith as both parties acted wrong in grievances of plantiff.

Wherefore plaintiff states that all matters, time deadlines and Notices have been met and a Jury Trial should be scheduled at the courts earliest convenance.

Brian K Reinbold
3909 Delaware St
Wilmington, DE
19808-57
302-753-4827
Oct 29, 2006

United States District Court
District of Delaware

Brian K Rembold
    Plaintiff

against

06-571 GMS

U.S. P.S. and
NALC Local 191

## Notice of Service

I hereby certify that a copy of the attached Documents were sent to defendant below on Oct 30, 2006 via Regular mail.

Brian K Rembold
3909 Delaware St
Wilm, DE 19808-5709

~~US Attorney General~~
~~950 Pennsylvania Ave NW~~
~~Washington, DC 20530-0001~~

~~USPS Lancaster Ave~~
~~1500 ~~
~~Wilm, DE 19805~~

US Attorney for District of Del
1007 Orange St Suite 700
Wilmington DE 19899

Susan Kaufman
800 King Street
Suite 303
Wilm, DE 19899-1674