United States District
District of Delaware

Brian K Renbold
        Plaintiff

against                                06-571  GMS

U.S. P.S. and
NALC Local 191

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT 30 PM 12:14
BD scanned

## Motion for Summary Judgement Against Defendants USPS for Untimly Response

On Aug 29, 2006 the Sheriff of New Castle County Served Defendant USPS with a copy of Complaint also on Sep 13, 2006 Defendants NALC 191 served a copy of the Complaint, Notice of Removal on Defendants USPS as well as on Oct 3, 2006 by Regular mail by Plaintiff.

Defendats did not Submitt a Response until Oct 25, 2006.

There fore I ask the court to enter a Judgement against the Defendants USPS and order then to reinstate employment of Plaintiff with full Back pay, vacation time, sick leave, uniform allowance and seniority and Bid Rights. or to schedule a Jury Trial at the Courts earlist time.

Brian K Renb[old]
3909 Delaware S[t]
Wilm, DE 198[  ]
(302)753-4827

United States District Court
District of Delaware

Brian K Reinbold
    Plaintiff

    against                                    06-571 GMS

U.S. P.S. and
NALC Local 191

### Notice of Service

I hereby certify that a copy of the attached Documents were sent to defendant below on Oct 30, 2006 via Regular mail.

Brian K Reinbold
3909 Delaware St
Wilm, DE 19808-5709

~~US Attorney General~~
~~950 Pennsylvania Ave NW~~
~~Washington, DC 20530-0001~~

~~USPS Lancaster Ave~~
~~1500 ~~~~ Ave~~
~~Wilm, DE 19805~~

US Attorney for District of Del
1007 Orange St Suite 700
Wilmington DE 19899

Susan Kaufman
800 King Street
Suite 303
Wilm, DE 19899-1674