IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD,           :
                             :
        Plaintiff,           :
                             :
    v.                       :   Civil Action No. 06-571-GMS
                             :
UNITED STATES POSTAL SERVICE,:
  and NALC LOCAL 191,        :
                             :
        Defendants.          :

## UNITED STATES POSTAL SERVICE'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST IT

The United States Postal Service (USPS) hereby responds to Plaintiff's Motion for Summary Judgment Against Defendant United States Postal Service (D.I. 10) ("the Motion") and in support of its response avers as follows:

1. The Motion seeks summary judgment on the grounds that the USPS' response to Plaintiff's complaint was untimely. The Motion asserts that "[o]n Aug 29, 2006 the Sheriff of New Castle County served Defendant USPS with a copy of complaint" and that "Defendats [sic] did not submitt [sic] a response until Oct 25, 2006."

2. First, the office of the undersigned has no record of having been served with the Complaint in the captioned matter until it was served with a copy of the Notice of Removal, filed by the National Association of Letter Carriers ("NALC") Branch 191, on or about September 13, 2006. This office has no record of service by Plaintiff, even to date.

3.  In addition, even if service had been perfected on the USPS on August 29, 2006 (and even if the Complaint had been properly filed in the District Court), the USPS has sixty days to answer, move or otherwise respond under Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure. Accordingly, the USPS' answer, served and filed on October 25, 2006, was timely, and Plaintiff's Motion for Summary Judgment against the USPS should be summarily denied.

WHEREFORE the USPS opposes Plaintiff's Motion for Summary Judgment and moves the Court to grant its Cross-motion for Summary Judgment, and to dismiss the Complaint with prejudice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: November 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **November 14, 2006**, I electronically filed an **UNITED STATES POSTAL SERVICE'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST IT** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Susan E. Kaufman, Esquire**
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
skaufman@hgkde.com

Notification of such filing will be sent via **Federal Express** to Plaintiff at the following address:

**Brian K. Reinbold**
3909 Delaware Street
Marshallton, DE 19808
(302) 753-4827
*Pro Se*

                COLM F. CONNOLLY
                United States Attorney

        By:  /s/Patricia C. Hannigan
             Patricia C. Hannigan
             Assistant United States Attorney
             Delaware Bar I.D. No. 2145
             The Nemours Building
             1007 Orange Street, Suite 700
             P. O. Box 2046
             Wilmington, DE 19899-2046
             (302) 573-6277
             Patricia.Hannigan@usdoj.gov