IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD,

        Plaintiff,

        v.                                 Civil Action No. 06-571-GMS

UNITED STATES POSTAL SERVICE,
and NALC LOCAL 191,

        Defendants.

### UNITED STATES POSTAL SERVICE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The United States Postal Service ("USPS"), through the undersigned, moves the Court to dismiss with prejudice the Complaint in the captioned case on *res judicata* grounds, and in support thereof avers as follows:

1.      This is the second time Plaintiff has sued the USPS and the National Association of Letter Carriers Local 191 ("NALC") in this Court for wrongful discharge and bad faith failure of representation, respectively. The complaint in the first case, C.A. No. 05-47 (GMS), alleged that "the Defendants engaged in unfair labor practices against Plaintiff and failed to represent Plaintiff per the Collective Bargaining Agreement causing financial harm and job advancement and promotion and termination." See Exhibit A, attached. Although worded slightly differently in the instant complaint, the factual allegation is essentially identical: "the defendants wrongfully terminated employment, acted in bad faith, harassed, representative [sic] in bad faith against plaintiff." See Exhibit B, attached.

2. The only arguable distinction between these two complaints lies in the time period of the acts complained of. The earlier complaint alleged wrongful acts between January 1, 2003 and December 31, 2004; the instant complaint extends the period by one month, through January 31, 2005. However, this is a distinction without a difference, as Plaintiff's discharge from USPS employment was effective December 16, 2004. After December 16, 2004, Plaintiff simply remained discharged. Nothing that happened after that date is relevant to whether the discharge was unlawful.

3. The court granted summary judgment in the earlier case as to both NALC and the USPS, finding that Plaintiff could not carry his burden of proof, and that there was no genuine issue of material fact.

WHEREFORE the USPS asks the Court to summarily dismiss the Complaint with prejudice, on the grounds of *res judicata*.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF :

BRIAN K REINBOLD
Plaintiff

0 5    4 7

- against-

PLAINTIFF DEMANDS TRIAL BY JURY

UNITED STATES POSTAL SERVICE
aka. USPS.
&
NALC LOCAL 191
Defendants



## COMPLAINT

1. At all times hereinafter mentioned, plaintiff was and still is a resident of Delaware

2. Defendant, USPS, is a U.S. Government agency
Defendant, NALC Local 191 is a resident of Delaware

3. The jurisdiction of this court is invoked pursuant to 28 U.S.C 1441(b)/39 U.S.C 1203(a), 1209(b)

4. Between January 1, 2003 and December 31, 2004 the Defendants engaged in unfair labor practices against Plaintiff and failed to represent Plaintiff per the Collective Bargaining Agreement causing financial harm and job advancement and promotion and termination

5. WHEREFORE, plaintiff demands:

Money damages of all back pay and a return to former position in company.

Permanent injunction against the defendants from performing acts in future.

Any further relief which the court may deem appropriate.

Brian K Reinbold
PO Box 2565
Wilmington, DE 19805

DATE: 01/28/05

2005 FEB -3 AM 10:37
RECEIVED
U.S. ATTORNEY'S OFFICE

# Exhibit B

Case 1:06-cv-00571-GMS     Document 12     Filed 11/20/2006     Page 5 of 9

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

BRIAN K REINBOLD

    Plaintiff

    v.

UNITED STATES POST OFFICE
WILMINGTON, DE INSTALLATIONS
&
NALC LOCAL 191

    Defendants

2006 - 08 - 241

Civil Action No.
JURY TRIAL

## COMPLAINT

1. Plaintiff is a citizen of the State of Delaware

2. Defendants are citizens of the State of Delaware residing at(please see attached)

3. On or about January 1, 2003 trough January 31, 2005 the defendants wrongfully terminated employment, acted in bad faith, harassed, representative in bad faith against plaintiff

4. Plaintiff, therefore asks the Court to award the Plaintiff all back pay, reinstate full seniority, medical benefits, promotion status, sick leave, vacation time and employment benefits.

                                                BRIAN K REINBOLD
                                                3909 DELAWARE STREET
                                              MARSHALLTON, DE 19808-5709
                                                     (302)733-4827

# PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD, :
:
Plaintiff, :
:
v. : Civil Action No. 06-571-GMS
:
UNITED STATES POSTAL SERVICE, :
and NALC LOCAL 191, :
:
Defendants. :

## ORDER

**AND NOW**, this _____ day of _____ 2006, after considering Defendant, United States Postal Service's Motion to Dismiss, it is hereby

**ORDERED** that the Motion is GRANTED.

BY THE COURT:

_____
HONORABLE GREGORY M. SLEET
District Judge
United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 20, 2006**, I electronically filed the **UNITED STATES POSTAL SERVICE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Susan E. Kaufman, Esquire**
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
skaufman@hgkde.com

Notification of such filing will be sent via **Federal Express** to Plaintiff at the following address:

**Brian K. Reinbold**
3909 Delaware Street
Wilmington, DE 19808
*Pro Se*

                        COLM F. CONNOLLY
                        United States Attorney

        By:   /s/Patricia C. Hannigan
                Patricia C. Hannigan
                Assistant United States Attorney
                Delaware Bar I.D. No. 2145
                The Nemours Building
                1007 Orange Street, Suite 700
                P. O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277
                Patricia.Hannigan@usdoj.gov