United States District Court
District of Delaware


ORIGINAL

Brian K Rembold
      Plaintiff

against

U.S. P.S. and
NaLC Local 191

06-571   GMS

FILED
DEC 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's Answer to Defendant's USPS Respons to Plaintiffs Motion for Summary Judgement Filed 11-14-06 Received 11-16-06

The Plaintiffs Responds to the defendants Answer.

1. Plaintiff agree's with statements made in paragraph one.

2. Plaintiff disagree with statements in paragraph two.
The defendant were served with complaint filed in Court of Common Pleas by sheeriff on Aug. 29, 2006. On Sep 13/06 Defendant who filed the case in US District Court Removed from the Court of Common Pleas sent Notice to Defendant USPS. On Oct 3/06 Plaintiff sent a copy of complaint, Notice of Removal to defendant via Regular mail, with NO undeliverable mail being Returned to Plaintiff.

3. Plaintiff disagree's with statements made by defendants. Complaint was served on Defendants on Aug 29/06 by Sheriff of New Castle County, defendants didn't file an answer until Oct 25/06 Fifty six Days after being served, thirty six days pass the twenty day Requirement for the Court of Common Pleas.

Wherefore the Plaintiff opposes defendant motion for Summary Judgement and ask court to grant it's motion for Summary Judgement for untimely response or schedule a Jury trial at the courts early date.

Brian K Reinbold
3409 Delaware Street
Wilmington, DE 1980
(302) 753-4827
Nov 29/06

United States District Court
District of Delaware

Brian K Reinbold
   plaintiff

   against                                    06-571  GMS

U.S. P.S. and
NALC Local 191

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 DEC -6  AM 9:30

## Notice of Service

I hereby certify that a copy of the attached Documents were sent to defendant below on November 30, 2006 via Regular mail.

Brian K Reinbold
3909 Delaware St
Wilm, DE 19808-5709

~~US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0001~~

~~USPS Lancaster Ave
1500 _____ Ave
Wilm, DE 19805~~

US Attorney for District of Del
1007 Orange St Suite 700

Susan Kaufman
800 King Street
Suite 303
Wilm, DE 19899-1674