United States District Court

District of Delaware

Brian K Reinbold
    Plaintiff

against

U.S. P.S. and
NALC Local 191

06-571    GMS



FILED
DEC 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's Answer to Defendants Motion to Dismiss for failure to State a Claim upon which Relief Can be Granted

The Plaintiff ask the Court to deny the Motion on fact set forth below:

1) The Plaintiff disagree with Statement. The Plaintiff has only filed one case in the US District Court all others were transferred by defendants from state courts.

The Plaintiff filed a case in state Court it was transferred to the District Court by defendants.

The plaintiff filed a case in District Court against defendants for unfair labor practices and failed to Represent plaintiff per Collective Bargining Aggreement. between Jan 1/2003 to Dec 31/2004

1

In the current case before the court which was transferred from a state court by the defendants state that the USPS and the NALC Local 191 wrongfully terminated employment, acted in bad faith, harassed and representative in bad faith against plaintiff between Jan 1/2003 - Jan 31/2005.

Totally two different cases

1a: One case states unfair labor practices as in RACE, AGE, color of hair, Sex discrimination etc...
(05-47)

the other case states acted in bad Faith as in didn't submitt statements on argument in workers defence.
(06-571)

2b. There was no mention of harrasment in this case
(05-47)

Harrassment is stated in this case
(06-571)

3c. In this case its stated that the unfair labor practices lead to termination as there actions lead to my termination
(05-47)

In this case it state that I was wrongfully terminated according to the Rules and Regulations of the USPS
(06-571)

4D
This case states the defendants failed to represent plaintiff
(05-47)

This case states defendants acted in bad faith and didn't defend plaintiff to the full extent of powers
(06-571)

2

(05-47) The date is Jan 1/2003 to Dec 31/2004

(06-571) The date is Jan 1/2003 to Jan 31/2005

2. Plaintiff disagrees with statement as pointed out in previous paragraph the differences between the two cases as well as the grievance process was still ongoing into 2005 And defendants affirms my arguement in paragraph two that nothing happened after Dec 16/2004 that was Relevant Admitting that the appeals, and grievance process where not fully used.

Where for the plaintiff ask the court to deny the defendants motion for Summary Jodgement based on Res Judicata with prejudice and schedule the case for Jury Trial at the courts earliest convenience

Brian K Reinbold
3909 Delaware St
Wilmington, DE 19808
302-753-4827
Nu 24/06

United State District Court
District of Delaware

Brian K Reinbold
    Plaintiff

against

06-571 GMS

U.S. P.S. and
NaLC Local 191

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 DEC -6  AM 9: 30

## Notice of Service

I hereby certify that a copy of the attached Documents were sent to defendant below on Nov 25, 2006 via Regular mail.

Brian K Reinbold
3909 Delaware St
Wilm, DE 19808-5709

US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0001

USPS ~~Lancaster Ave~~
1500 ~~Lancaster~~ Ave
Wilm, DE 19805

US Attorney for District of Del
1007 Orange St Suite 700

Susan Kaufman
800 King Street
Suite 303
Wilm, DE 19899-1674