UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------ X
                                                            :

BRIAN K. REINBOLD,                                   :

                                     Plaintiff,                      :      Civil Action No. 06-571 (GMS)

        - against -                                   :

UNITED STATES POST OFFICE and      :
NALC LOCAL 191,                             :

                                     Defendants.      :

------------------------------------------------------------------ X

**MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANT NATIONAL ASSOCIATION OF LETTER CARRIERS BRANCH 191**

Defendant National Association of Letter Carriers Branch 191 (the "Branch") hereby moves this Court to enter judgment on the pleadings in its favor and avers as follows:

1. Plaintiff's sole claim against the Branch is that the Branch breached its duty of fair representation ("DFR").

2. Plaintiff previously brought the same DFR claim against the Branch in the consolidated action *Reinbold v. National Association of Letter Carriers Branch 1977*, Case No. 04-342 and *Reinbold v. United States Postal Service and National Association of Letter Carriers Branch 191*, Case No. 05-047 ("*Reinbold I*") in which Plaintiff sued both the United States Postal Service and the Branch.

3. On April 10, 2006, in *Reinbold I*, this Court granted the Postal Service's motion for summary judgment, holding that the Branch did not breach its DFR.

4. Thereafter, on May 12, 2006, this Court granted the Branch's motion for summary judgment based on its finding that the Branch did not breach its DFR.

- 2 -

5. Under the doctrine of *res judicata*, Plaintiff's DFR claim must be dismissed because this Court has previously ruled that the Branch did not breach its DFR with respect to Plaintiff.

WHEREFORE, the Branch moves this Court to enter judgment on the pleadings in its favor and all other relief as is just and proper.

Dated: December 15, 2006

        Respectfully submitted,

        Peter D. DeChiara
        Oriana Vigliotti
        COHEN, WEISS AND SIMON LLP
        330 West 42nd Street, 25th Floor
        New York, New York 10036
        (212) 563-4100

        */s/ Susan E. Kaufman*
        Susan E. Kaufman (DSB # 3381)
        HEIMAN, GOUGE & KAUFMAN LLP
        800 King Street, Suite 303
        Wilmington, DE 19899
        (302) 658-1800
        (302) 658-1473 (Fax)
        skaufman@hgkde.com

        Attorneys for NALC Branch 191

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------------x
:
Brian K. Reinbold,                                                   :
                                                                     :
                             Plaintiff, :    Civil Action No. 06-571 (GMS)
                                                                     :
          - against -                                              :
                                                                     :
UNITED STATES POST OFFICE and                                        :
NALC Local 191,                                                      :
                                                                     :
                            Defendant.                             :
---------------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

        I hereby certify that on December 15, 2006, the foregoing Motion for Judgment on the Pleadings of Defendant National Association of Letter Carriers Branch 191 and the Memorandum of Law in Support of their Motion were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Patricia Hannigan, Assistant United States Attorney, 700 Orange Street, Suite 700, Wilmington, Delaware 19899, Counsel for Defendant United States Postal Service.

        I hereby certify that on December 15, 2006, two copies of the foregoing were mailed by first-class mail to the following non-participant in Electronic Case Filing: Plaintiff Brian K. Reinbold, 3909 Delaware Street, Apt. #B, Wilmington, Delaware 19808.

                                             /s/ Susan E. Kaufman, Esq.
                                             Heiman, Gouge & Kaufman, LLP
                                             800 King Street, Suite 303
                                             P.O. Box 1674
                                             Wilmington, DE 19899-1674
                                             (302) 658-1800

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------------X
: 
BRIAN K. REINBOLD, :
:
:
Plaintiff, : Civil Action No. 06-571 (GMS)
:
- against - :
:
:
:
UNITED STATES POST OFFICE and :
NALC LOCAL 191, :
:
:
Defendants. :
:
-------------------------------------------------------------------X

## **ORDER**

      **AND NOW,** this _____ day of _____ 200_, after considering the Motion for Judgment on the Pleadings of Defendant National Association of Letter Carriers Branch 191, it is hereby

      **ORDERED** that the Motion is Granted.

BY THE COURT:

_____
HONORABLE GREGORY M. SLEET
United States District Judge
District of Delaware

00098905.DOC.1