UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------------x
:
BRIAN K. REINBOLD, :
:
:
Plaintiff, :  Civil Action No. 06-571 (GMS)
:
v. :
:
:
UNITED STATES POST OFFICE and :
NALC LOCAL 191, :
:
:
Defendants. :
:
-------------------------------------------------------------------x

**UNOPPOSED MOTION OF DEFENDANT NATIONAL ASSOCIATION OF LETTER CARRIERS BRANCH 191 FOR EXTENSION OF DISCOVERY DEADLINE**

Defendant National Association of Letter Carriers Branch 191 (the "Branch" or "Branch 191") hereby moves this Court for an extension of the current discovery deadline of April 26, 2007 to a date 60 days after the Court's ruling on the Branch's pending and unopposed motion for judgment on the pleadings.  In accordance with Local Rule 7.1.1, counsel for the Branch contacted both *pro se* plaintiff Brian Reinbold and counsel for the Postal Service and both parties agreed to this motion.

      1.      Plaintiff's sole claim against the Branch in this action is that the Branch breached its duty of fair representation ("DFR").

      2.      Plaintiff previously brought the same DFR claim against the Branch in *Reinbold v. United States Postal Service and National Association of Letter Carriers Branch 191*, Case No. 05-047 ("*Reinbold I*"), in which Plaintiff sued both the United States Postal Service and the Branch.  On April 10, 2006, in *Reinbold I*, this Court granted the Postal Service's motion for summary judgment, holding that the Branch did not breach its DFR.  Thereafter, on

00105321.DOC.2

May 12, 2006, this Court granted the Branch's motion for summary judgment based on its finding that the Branch did not breach its DFR.

        3.        In August 2006, Plaintiff initiated the instant action ("*Reinbold II*") by filing a complaint in the Court of Common Pleas for the State of Delaware, New Castle County against Branch 191, alleging again - based on the same facts - that Branch 191 breached its DFR. No other claims are asserted against the Branch in *Reinbold II*. On September 13, 2006 the Branch removed the action to this Court and on December 15, 2006, Branch 191 filed a motion for judgment on the pleadings based on the doctrine of *res judicata*, arguing that Plaintiff's DFR claim must be dismissed because this Court had previously ruled that the Branch did not breach its DFR with respect to Plaintiff.

        4.        Reinbold has filed no opposition to Branch 191's motion for judgment on the pleadings and his time to do so has passed. The unopposed motion remains pending.

        5.        Before the Branch filed the pending motion for judgment on the pleadings, the Court on October 25, 2006 entered a scheduling order setting a discovery cut-off date of April 26, 2007 and a dispositive motion deadline of June 26, 2007.

        6.        The Branch's pending unopposed motion for judgment on the pleadings, would, if granted, remove the Branch from this action and thus eliminate the need for the Branch to take discovery. However, if the discovery deadline is not extended, the Branch may be compelled to spend time and resources taking discovery of Plaintiff before the deadline expires - discovery that will likely prove entirely unnecessary. To avoid having to take unnecessary discovery, the Branch respectfully requests that the Court extend the discovery deadline until a date 60 days after the Court's ruling on the Branch's unopposed motion for judgment on the pleadings.

- 3 -

WHEREFORE, the Branch moves this Court for an order extending the discovery deadline to a date 60 days after the Court rules on the Branch's pending motion for judgment on the pleadings, and for all other relief as is just and proper.

Dated: New York, New York
      April 13, 2007

                                    Respectfully submitted,

                                    Peter D. DeChiara
                                    Oriana Vigliotti
                                    COHEN, WEISS AND SIMON LLP
                                    330 West 42nd Street, 25th Floor
                                    New York, New York 10036
                                    (212) 563-4100

                                    */s/ Susan E. Kaufman*
                                    Susan E. Kaufman (DSB # 3381)
                                    HEIMAN, GOUGE & KAUFMAN LLP
                                    800 King Street, Suite 303
                                    Wilmington, DE 19899
                                    (302) 658-1800
                                    (302) 658-1473 (fax)
                                    skaufman@hgkde.com

                                    Attorneys for NALC Branch 191

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------- x
                                                                                :

Brian K. Reinbold,                                    :

                       Plaintiff,             :     Civil Action No. 06-571 (GMS)

v.                                                        :

UNITED STATES POST OFFICE and
NALC Local 191,                        :

                     Defendant.        :

------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2007, the foregoing UNOPPOSED MOTION OF DEFENDANT NATIONAL ASSOCIATION OF LETTER CARRIERS BRANCH 191 FOR EXTENSION OF DISCOVERY DEADLINE were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Patricia Hannigan, Esquire, Assistant United States Attorney, 1007 N. Orange Street, Suite 700, Wilmington, Delaware 19899, counsel for Defendant United States Postal Service.

    I hereby certify that on April 13, 2007, two copies of the foregoing were mailed by first-class mail to the following non-participant in Electronic Case Filing: Plaintiff Brian K. Reinbold, 3909 Delaware Street, Apt. #B, Wilmington, Delaware 19808.

                                                                        */s/ Susan E. Kaufman*
                                                                        Susan E. Kaufman (DSB # 3381)
                                                                        Heiman, Gouge & Kaufman, LLP
                                                                        800 King Street, Suite 303
                                                                        P.O. Box 1674
                                                                        Wilmington, DE 19899-1674
                                                                        (302) 658-1800

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------X
: 
BRIAN K. REINBOLD, :
:
Plaintiff, :     Civil Action No. 06-571 (GMS)
:
v. :
:
:
UNITED STATES POST OFFICE and :
NALC LOCAL 191, :
:
Defendants. :
:
-----------------------------------------------------------------x

## ORDER

**AND NOW,** this _____ day of _____2007, after considering the Unopposed Motion of Defendant National Association of Letter Carriers Branch 191 ("Branch 191") for Extension of Discovery Deadline, it is hereby

**ORDERED** that the Motion is **Granted** and the discovery deadline is extended to a date 60 days after this Court rules on Branch 191's pending motion for judgment on the pleadings.

BY THE COURT:

_____
HONORABLE GREGORY M. SLEET
District Judge
United State District Court

00098905.DOC.1