UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
------------------------------------------------------------x
:
BRIAN K. REINBOLD,                                          :
:
                    Plaintiff,                      :   Civil Action No. 06-571 (GMS)
:
  - against -                                              :
:
:
UNITED STATES POST OFFICE and                               :
NALC LOCAL 191,                                             :
:
                    Defendants.                     :
:
------------------------------------------------------------x

## NOTICE OF DEPOSITION TO PLAINTIFF FROM DEFENDANT NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, BRANCH 191

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant National Association of Letter Carriers, AFL-CIO, Branch 191 will take the deposition of Plaintiff Brian K. Reinbold before a notary public or other officer authorized to administer oaths under the laws of the state of Delaware on the 25th day of April, 2007 at 10:00 a.m. at the offices of the United States Attorney, Nemours Building, Suite 700, 1007 Orange Street, Wilmington, Delaware. The deposition will continue from day to day thereafter until completed.

00105511.DOC.1

Dated: New York, New York
April 13, 2007

                                        /s/ Peter D. DeChiara

Peter D. DeChiara
Oriana Vigliotti
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036
(212) 563-4100

Susan E. Kaufman, Esq.
HEIMAN, GOUGE & KAUFMAN LLP
800 King Street, Suite 303
Wilmington, DE 19899
(302) 658-1800

Attorneys for NALC Branch 191

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                                                    :

Brian K. Reinbold,                                   :

                                      Plaintiff,            :     Civil Action No. 06-571 (GMS)

v.                                                                  :

UNITED STATES POST OFFICE and  :
NALC Local 191,                                :

                                      Defendant.       :

---------------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2007, the foregoing NOTICE OF DEPOSITION FO BRIAN K. REINBOLD was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Patricia Hannigan, Esquire, Assistant United States Attorney, 1007 N. Orange Street, Suite 700, Wilmington, Delaware 19899, counsel for Defendant United States Postal Service.

          I hereby certify that on April 13, 2007, two copies of the foregoing were mailed by certified mail and first-class mail to the following non-participant in Electronic Case Filing: Plaintiff Brian K. Reinbold, 3909 Delaware Street, Apt. #B, Wilmington, Delaware 19808.

                                                               */s/ Susan E. Kaufman*
                                                                Susan E. Kaufman (DSB # 3381)
                                                                 Heiman, Gouge & Kaufman, LLP
                                                                 800 King Street, Suite 303
                                                                 P.O. Box 1674
                                                                Wilmington, DE 19899-1674
                                                                (302) 658-1800