IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD,                    :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :   Civil Action No. 06-571-GMS
                                      :
UNITED STATES POSTAL SERVICE,         :
  and NALC LOCAL 191,                 :
                                      :
        Defendants.                   :

## NOTICE OF DEPOSITION

TO:   **Brian K. Reinbold**, *Pro Se*
      3909 Delaware Street
      Marshallton, DE 19808


    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the oral deposition of **Brian K. Reinbold** on **Wednesday, April 25, 2007 at 10:00 a.m.**, at the office of the United States Attorney, The Nemours Bldg., 1007 Orange Street, Suite 700, Wilmington, Delaware 19801. The deposition will be recorded by stenographic means.


                            COLM F. CONNOLLY
                            United States Attorney

                            By: /s/Patricia C. Hannigan
                            Patricia C. Hannigan
                            Assistant United States Attorney
                            Delaware Bar I.D. No. 2145
                            The Nemours Building
                            1007 Orange Street, Suite 700
                            P. O. Box 2046
                            Wilmington, DE 19899-2046
                            (302) 573-6277
                            Patricia.Hannigan@usdoj.gov

Dated: **April 13, 2007**

cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN K. REINBOLD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-571-GMS |
| UNITED STATES POSTAL SERVICE, and NALC LOCAL 191, | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **April 13, 2007**, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Susan E. Kaufman, Esquire**
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
skaufman@hgkde.com

Notification of such filing will be sent via **Federal Express** to *Pro Se* Plaintiff at the following address:

**Brian K. Reinbold**, *Pro Se*
3909 Delaware Street
Marshallton, DE 19808
(302) 753-4827

                                      COLM F. CONNOLLY
                                      United States Attorney

                              By: /s/Patricia C. Hannigan
                                  Patricia C. Hannigan
                                  Assistant United States Attorney
                                  Delaware Bar I.D. No. 2145
                                  The Nemours Building
                                  1007 Orange Street, Suite 700
                                  P. O. Box 2046
                                  Wilmington, DE 19899-2046
                                  (302) 573-6277
                                  Patricia.Hannigan@usdoj.gov