## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD,                          :

        Plaintiff,                      :

              v.          :    Civil Action No. 06-571-GMS

                   :

UNITED STATES POSTAL SERVICE,               :
  and NALC LOCAL 191,                      :

        Defendants.                     :

### VACATION OF NOTICE OF DEPOSITION

TO:   **Brian K. Reinbold**, *Pro Se*
      3909 Delaware Street
      Marshallton, DE 19808

      PLEASE TAKE NOTICE that the oral deposition of **Brian K. Reinbold** previously scheduled for Wednesday, April 25, 2007 at 10:00 a.m., at the office of the United States Attorney, is hereby cancelled .

                COLM F. CONNOLLY
                United States Attorney

           By: /s/Patricia C. Hannigan
               Patricia C. Hannigan
               Assistant United States Attorney
               Delaware Bar I.D. No. 2145
               The Nemours Building
               1007 Orange Street, Suite 700
               P. O. Box 2046
               Wilmington, DE 19899-2046
               (302) 573-6277
               Patricia.Hannigan@usdoj.gov

Dated:  **April 17, 2007**

cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD,                          :
                                            :
                Plaintiff,                  :
                                            :
        v.                                  :     Civil Action No. 06-571-GMS
                                            :
UNITED STATES POSTAL SERVICE,               :
 and NALC LOCAL 191,                        :
                                            :
                Defendants.                 :

## **NOTICE OF SERVICE**

        I, Patricia C. Hannigan, hereby certify that on **April 17, 2007,** I electronically filed the
foregoing **VACATION OF NOTICE OF DEPOSITION** with the Clerk of the Court using
CM/ECF which will send notification of such filing to the following:

**Susan E. Kaufman, Esquire**
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
skaufman@hgkde.com

Notification of such filing will be sent via **Federal Express** to *Pro Se* Plaintiff at the following
address:

**Brian K. Reinbold,** *Pro Se*
3909 Delaware Street
Marshallton, DE 19808
(302) 753-4827

                              COLM F. CONNOLLY
                              United States Attorney

                              By: /s/Patricia C. Hannigan
                                   Patricia C. Hannigan
                                   Assistant United States Attorney
                                   Delaware Bar I.D. No. 2145
                                   The Nemours Building
                                   1007 Orange Street, Suite 700
                                   P. O. Box 2046
                                   Wilmington, DE 19899-2046
                                   (302) 573-6277
                                   Patricia.Hannigan@usdoj.gov