UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------ X
                 :
BRIAN K. REINBOLD,              :
                 :
           Plaintiff,     :    Civil No. 06-571 (GMS)
                 :
    - against -             :
                 :
UNITED STATES POST OFFICE and    :
NALC LOCAL 191,            :
                 :
           Defendant.    :
                 :
------------------------------------------------------------------ X

VACATION OF NOTICE OF DEPOSITION

TO:    Brian K. Reinbold
        3909 Delaware Street
        Apartment #B
        Wilmington, DE 19808-5709

       PLEASE TAKE NOTICE THAT the deposition of Brian K. Reinbold previously scheduled for n Wednesday, April 25, 2007 at 10:00 a.m., at the office of the United States Attorney, is hereby **cancelled**.

                          HEIMAN, GOUGE & KAUFMAN, LLP

                          */s/ Susan E. Kaufman*
                          Susan E. Kaufman (DSB # 3381)
                          800 King Street
                          Suite 303
                          P.O. Box 1674
                          Wilmington, DE 19801
                          (302) 658-1800
                          (302) 658-1473 (fax)
                          skaufman@hgkde.com

Date: April 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------- x
:
Brian K. Reinbold,                                                  :
:
                              Plaintiff,        :      Civil Action No. 06-571 (GMS)
:
      - against -                                                   :
:
UNITED STATES POST OFFICE and                                       :
NALC Local 191,                                                     :
:
                              Defendant.        :
------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, the foregoing Vacation of Notice of Deposition was filed electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Patricia Hannigan, Esquire
> Assistant United States Attorney
> 1007 Orange Street
> Suite 700
> Wilmington, Delaware 19899
> Counsel for Defendant United States Postal Service

I hereby certify that on April 17, 2007, two copies of the foregoing were mailed by first-class mail to the following non-participant in Electronic Case Filing:

> Brian K. Reinbold
> 3909 Delaware Street
> Apt. #B
> Wilmington, Delaware 19808

/s/ Susan E. Kaufman, Esq.
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800