# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

DISTRICT COURT
DOCKET NUMBER: 06-571 GMS

Brian K Reinbold  Plaintiff

v.

United States Postal Service + NALC Local 191

DISTRICT COURT
JUDGE: Sleet

Notice is hereby given that ____ Brian K Reinbold ____
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on __April 15/07__
(date)

Dated: __May 10/07__

_____
(Counsel for Appellant-Signature)

| USPS | NALC Local 191 | |
|---|---|---|
| Patricia Hannigan | Susan E Kaufman | Brian K Reinbold |
| (Name of Counsel - Typed) | | (Counsel for Appellee) |
| 1067 Orange Street Suite 700 PO Box 2046 (Address) | 800 King Street Suite 303 | 3909 Delaware Street (Address) |
| Wilmington, DE 19899 (City, State Zip) | Wilmington, DE 19899 | Wilmington, DE 19808-5769 (City, State Zip) |
| (302) 573-6277 | (302) 658-1800 | (302) 683-9242 |
| (Telephone Number) | | (Telephone Number) |

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

UNITED STATES COURT OF APPEALS FOR THE THIRD DISTRICT

BRIAN K REINBOLD    DISTRICT COURT DOCKET# 06-571
*APPELLANT*

UNITED STATES POSTAL SERVIVE
NALC LOCAL 191
*APPELLEES*

## NOTICE OF SERVICE

I HERBY NOTIFY THE COURT THAT A COPY OF THE ATTACHED DOCUMENTS WERE SENT TO THE BELOW PARTIES AT THE ADDRESSES LISTED ON MAY 11, 2007 VIA REGULAR MAIL THROUGH THE USPS.

**PATRICIA HANNIGAN**
**NEMOURS BUILDING**
**SUITE 700**
**1007 ORANGE STREET**
**P.O. BOX 2046**
**WILMINGTON, DE 19899**

**SUSAN KAUFMAN**
**800 KING STREET**
**SUITE 303**
**WILMINGTON, DE 19899**

**BRIAN K REINBOLD**
**3909 DELAWARE STREET**
**WILMINGTON, DE 19808-5709**

May 10/07