FPS - 418                                                                           DATE: June 21, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-2444

Reinbold v. US Post Office

To:     Clerk

1)      Motion by Appellant for leave to appeal in forma pauperis

_____

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

The Court will also consider appellant's motion for appointment of counsel.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: June 21, 2007
CRG/cc: Mr. Brian K. Reinbold
        Patricia C. Hannigan, Esq.
        Orianna Vigliotti, Esq.



A True Copy:

Marcia M. Waldron, Clerk